# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 19, 2022

## NO. 03-21-00411-CR

**Joseph Albert Borgas, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 20TH DISTRICT COURT OF MILAM COUNTY**
**BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND SMITH**
**DISMISSED FOR WANT OF JURISDICTION-- OPINION BY CHIEF JUSTICE BYRNE**

This is an appeal from the judgment of conviction entered by the trial court. Having reviewed the record, it appears that the Court lacks jurisdiction over this appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.